UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61063-CIV-DIMITROULEAS

CARLOS QUIJADA,

     Plaintiff,

vs.

ATHLETIC PROPULSION LABS, LLC,

     Defendant(s).

_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice [DE 11] (the "Notice"), filed herein on August 16, 2022. The Court has carefully considered the Notice, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 11] is hereby **APPROVED**;

2. This action is **DISMISSED WITHOUT PREJUDICE**; and

3. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 16th day of August, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record